USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PRAKASH MELWANI,

                Plaintiff,

- against -

NATURE REPUBLIC FLUSHING, INC.,

                Defendants.
----------------------------------------------------------X

19 Civ. 09107 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has been advised by the parties that they have achieved a settlement in principle. (Dkt. 16.) Accordingly, the parties are directed to file their stipulation of dismissal with prejudice within 30 days. The Initial Pre-Trial Conference currently scheduled for January 8, 2020 at 10:30 a.m. is adjourned *sine die*.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    January 3, 2020
             New York, New York

Copies transmitted to all counsel of record and mailed to:

Prakash Melwani
101 West 23rd Street, Suite No. 163
New York, NY 10011